UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANCESPORT VIDEOS, LLC, an Arizona limited liability company; and DIGITAL VIDEO CREATIONS, INC., a California corporation,<br><br>                    Plaintiffs,<br><br>v.<br><br>EDIZA ONLINE, INC., a California corporation; FRANK BIANCO, an individual; FRANK BIANCO, INC., a Florida corporation; AS SEEN ON TV INFOMERCIALS, INC., a Florida Corporation, and SHAREWELL GROUP, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No.:  09cv1873-LAB (RBB)<br><br>**ORDER SEALING COURT FILE** |

Pursuant to the application of plaintiffs Dancesport Videos, LLC and Digital Video Creations, Inc., (collectively, "Dancesport"), for good cause shown and in accordance with 15 U.S.C. § 1116(d)(8).

**IT IS HEREBY ORDERED** that the Court's file in this matter is sealed until Defendants have been served with the Complaint and with Plaintiffs' *ex parte* application for seizure of counterfeit goods, and for temporary restraining order and preliminary injunction

1

1  ("TRO Application"); but, in the absence of further order from the Court, this Sealing Order
2  shall automatically expire no later than Tuesday, September 1, 2009 at 11:00 a.m.  This Order
3  shall not prohibit counsel of record for Dancesport and Defendants, or if not represented by
4  counsel, the Defendants themselves, from reviewing the Court's file after the service of the
5  Complaint and TRO Application.

**IT IS SO ORDERED.**

Dated: August 28, 2009

_____
**HONORABLE LARRY ALAN BURNS**
**UNITED STATES DISTRICT JUDGE**

2