# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANCESPORT VIDEOS, LLC, an Arizona limited liability company; and DIGITAL VIDEO CREATIONS, INC., a California corporation,<br><br>　　　　　　　　　　Plaintiffs,<br>　vs.<br><br>EDIZA ONLINE, INC., a California corporation; FRANK BIANCO, an individual; FRANK BIANCO, INC., a Florida corporation; AS SEEN ON TV INFOMERCIALS, INC., a Florida Corporation, and SHAREWELL GROUP, INC., a California corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　　　　　Defendants. | CASE NO. 09cv1873-LAB (RBB)<br><br>**ORDER UNSEALING CASE FILE** |

　　On Friday, August 28, 2009, the Court issued an order directing the seizure of certain goods, and another order sealing the file in this case. The seizure has now occurred and some of the Defendants have been served, so there is no further need for the docket or pleadings to remain sealed. The file in this case is therefore **ORDERED UNSEALED.**

　　**IT IS SO ORDERED**.

DATED: September 3, 2009

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Larry A. Burns_
　　　　　　　　　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge